UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                               CRIMINAL NO.  3:17cr74 CWR-LRA

JERMAINE FRANKLIN                    18 U.S.C. § 922(g)(1)
                                                       21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about January 23, 2016, in Warren County in the Northern Division of the Southern District of Mississippi, the defendant, **JERMAINE FRANKLIN** having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

COUNT 2

On or about January 23, 2016, in Warren County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **JERMAINE FRANKLIN**, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of the offenses specified above, the defendant, **JERMAINE FRANKLIN**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) Taurus, PT-III, G-2, 9mm automatic, serial number TFX66778;

(2) Any Ammunition;

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 924(d)(1), Title 18, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 21st day of June, 2017.

UNITED STATES MAGISTRATE JUDGE